

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-29-2003

# Sherrod v. Phila Gas Works

Precedential or Non-Precedential: Non-Precedential

Docket 02-2153

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"Sherrod v. Phila Gas Works" (2003). *2003 Decisions.* Paper 846.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/846

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 02-2153

_____

CLAUDIA S. SHERROD,

Appellant

v.

PHILADELPHIA GAS WORKS

_____

On Appeal From the United States District Court
For the Eastern District of Pennsylvania
(Civ. A. No. 00-4974 )
District Judge: Honorable Louis H. Pollak

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
January 14, 2003

Before: SCIRICA, BARRY and SMITH, Circuit Judges

_____

JUDGMENT

_____

This case came to be heard on the record from the United States District Court for

the Eastern District of Pennsylvania and was submitted on January 14, 2003.

ORDERED AND ADJUDGED by this court that the judgment of the District Court

entered March 29, 2002 be and the same is hereby affirmed.  Costs taxed against appellant.

All of the above in accordance with the opinion of this Court.

ATTEST:



Chief Deputy Clerk


DATED: January 29, 2003